UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Damon Hunter Robins

Case No. 26-mc-51030
Hon. Jonathan J.C. Grey

______________________________________/

# **JUDGMENT**

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order dated August 17, 2026, **IT IS ORDERED** that this matter is **DISMISSED**.

Dated: August 17, 2026

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 17, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager